In re VAN DUSEN. (Supreme Court, Appellate Division, Third Department. November 11, 1908.) In the matter of the application of Orville J. Van Dusen to lay out a highway in the town of Caldwell, Warren county, N. Y.

No opinion. Order unanimously affirmed, with costs.